HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANTHONY M. ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY M. ROSS,<br><br>Defendant. | Case No. 5:22-po-00125-SAB-1<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING REPLY BRIEF AND TO CONTINUE MOTION HEARING; ORDER**<br><br>Date:  November 1, 2022<br>Time:  10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Anthony M. Ross, that the Court may extend the deadline for filing a reply to the government's opposition to the defendant's motion to dismiss and may continue the motion hearing currently scheduled for October 4, 2022, to November 1, 2022, at 10:00 a.m.

Defense counsel has been preparing for a trial in United States v. Racion, Case No. 1:20-cr-00020-JLT-SKO. Trial was originally scheduled for September 12, 2022; however, it was continued one week due to a scheduling conflict with another ongoing trial. Trial will now begin September 19, 2022. Due to witness availability, it is likely that trial will not conclude until October 4, 2022.

Given her trial schedule, defense counsel requires additional time to prepare a reply to the

government's opposition to the defendant's motion to dismiss, which is currently due September 20, 2022. Defense counsel is requesting a new deadline of October 18, 2022, which would allow the Court two weeks to review the briefing before the November 1, 2022 motion hearing.

Counsel for the government has no objection to this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 20, 2022        */s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 20, 2022        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ANTHONY M. ROSS

## **O R D E R**

**IT IS SO ORDERED.** The Court hereby extends the deadline for filing a reply to the government's opposition to the motion to dismiss from September 20, 2022, to October 18, 2022. The motion hearing currently scheduled for October 4, 2022, is hereby continued to November 1, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **September 20, 2022**

UNITED STATES MAGISTRATE JUDGE